# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br>      Plaintiff,<br>   v.<br>U.S. DEPARTMENT OF DEFENSE,<br>      Defendants. | Civil Action No. 23-1661 (CKK) |

**ORDER**
(July 14, 2023)

This case comes before the Court upon the filing of Defendant's [7] Answer to Plaintiff's [1] Complaint. In light of this filing, it is this 14th day of July, 2023, hereby

**ORDERED** that the parties shall MEET AND CONFER and file a Joint Status Report proposing a schedule for proceeding in this matter. The schedule should address the status of Plaintiff's FOIA request, the anticipated number of documents responsive to Plaintiff's FOIA request, the anticipated date(s) for release of the documents requested by Plaintiff, whether a motion for an *Open America* stay is likely in this case, whether a *Vaughn* index will be required in this case, etc. The parties shall file the schedule not later than **SEPTEMBER 1, 2023**.

    **SO ORDERED.**

                                                  /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge