IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:23-cv-1661 |
| U.S. DEPARTMENT OF DEFENSE, et al., | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

This action concerns FOIA requests made by Plaintiff American Oversight to the U.S. Department of Defense (DOD), the U.S. Department of the Army ("Army"), the U.S. Department of the Navy ("Navy"), the U.S. Department of the Air Force ("Air Force"), the National Guard Bureau ("NGB"), and the U.S. Coast Guard ("Coast Guard"), a component of the Department of Homeland Security.  Plaintiff seeks certain records relating to "incidents of white supremacist, white nationalist, white separatist, far-right, alt-right, or pro-Nazi activity or ideology among military personnel."  ECF No. 1 ¶¶ 13, 16, 19, 29, 31, 36.  Pursuant to the Court's July 14, 2023 Order, the parties have conferred about a proposed schedule for proceeding in this matter, and jointly state as follows.

**Status of FOIA Requests**

DOD, Army, and Air Force have either completed or largely completed their searches, and are currently processing potentially responsive documents numbering fewer than 100 pages each. These three Defendants currently anticipate completion of processing by October 9, 2023.

Navy referred Part 1 of the request to the Naval Criminal Investigative Service (NCIS), which has completed its search and is processing approximately 1,500 potentially responsive

pages. NCIS currently anticipates processing an initial set of approximately 500 pages by October 16, 2023, a second set of approximately 500 pages by November 15, 2023, and a final set of approximately 500 pages by December 15, 2023. As to Parts 2–3 of the request, Navy made an initial production of 18 pages of responsive records in April 2023. Navy since became aware of approximately 138 pages of potentially responsive records, which it is currently processing. Navy anticipates that it will be able to propose a processing schedule for these records by October 16, 2023, if it has not completed processing by that time.

NGB is processing the request, but has not yet confirmed the number of potentially responsive documents to enable it to propose an anticipated production date. NGB currently anticipates that it will be able to propose a processing schedule by October 16, 2023.

Coast Guard was unable to locate the request alleged in the Complaint in its systems. Plaintiff's counsel has provided documentation to Coast Guard regarding submission of the request, which Coast Guard is reviewing to determine whether it agrees with Plaintiff that the request should be treated as submitted on the date alleged in the Complaint, or whether the request will be treated as submitted on the date sent by Plaintiff's counsel. Regardless, Coast Guard currently anticipates that it will be able to propose a processing schedule by October 16, 2023.

### Proposed Schedule

Given the anticipated processing dates provided by Defendants DOD, Army, Air Force, and Navy, as well as the anticipated time needed by Defendants NGB and Coast Guard to complete a search and propose processing dates, the parties propose to submit another JSR by 45 days from this filing, or by October 16, 2023.[1]

---

[1] The parties do not currently anticipate the necessity of an *Open America* stay. The parties state that it is premature to decide the necessity of a *Vaughn* index and/or a summary judgment schedule in light of the proposed production schedules.

Dated: September 1, 2023                                    Respectfully submitted,

/s/ Emma Lewis                                              BRIAN M. BOYNTON
Emma Lewis (D.C. Bar No. 144574)                            Principal Deputy Assistant Attorney General
AMERICAN OVERSIGHT                                          Civil Division
1030 15th St. NW, B255
Washington, DC 20005                                        ELIZABETH J. SHAPIRO
(202) 919-6303                                              Deputy Director
emma.lewis@americanoversight.org                            Federal Programs Branch

*Counsel for Plaintiff*                                     /s/ Christian S. Daniel
                                                            Christian S. Daniel (DC Bar No. 1600226)
                                                            Trial Attorney
                                                            United States Department of Justice
                                                            Civil Division, Federal Programs Branch
                                                            1100 L Street, N.W., Rm. 12304
                                                            Washington, D.C. 20005
                                                            Tel: (202) 514-5838
                                                            Email: christian.s.daniel@usdoj.gov

                                                            *Counsel for Defendants*