IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:23-cv-1661 |
| ) | |
| U.S. DEPARTMENT OF DEFENSE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT STATUS REPORT**

This action concerns FOIA requests made by Plaintiff American Oversight to the U.S. Department of Defense ("DOD"), the U.S. Department of the Army ("Army"), the U.S. Department of the Navy ("Navy"), the U.S. Department of the Air Force ("Air Force"), the National Guard Bureau ("NGB"), and the U.S. Coast Guard ("Coast Guard"), a component of the Department of Homeland Security.  Plaintiff seeks certain records relating to "incidents of white supremacist, white nationalist, white separatist, far-right, alt-right, or pro-Nazi activity or ideology among military personnel."  ECF No. 1 ¶¶ 13, 16, 19, 29, 31, 36.  Pursuant to the Court's September 1, 2023 Minute Order, the parties submit this update on Defendants' search for records responsive to Plaintiff's FOIA requests:

1. DOD and Air Force completed their processing and made productions to Plaintiff on October 13, 2023.  Plaintiff is currently reviewing those productions.

2. Army and Coast Guard anticipate completion of processing in the next two weeks, or by October 27, 2023.

3. As to Part 1 of the request, referred to the Naval Criminal Investigative Service (NCIS), Navy has completed its search and is processing approximately 1,500 potentially

responsive pages.  NCIS is currently processing an initial set of approximately 500 pages. It anticipates processing a second set of approximately 500 pages by November 15, 2023, and a final set of approximately 500 pages by December 15, 2023, except for any records referred to other agencies that have not been returned and processed by that time.  As to Parts 2–3 of the request, Navy anticipates completion of processing in the next two weeks, or by October 27, 2023.

4. NGB has completed its search and is processing approximately 50 potentially responsive pages.  NGB currently anticipates completion of processing by December 15, 2023, except for any records referred to other agencies that have not been returned and processed by that time.

Pursuant to the Court's September 1, 2023 Minute Order, the parties will submit another joint status report by 60 days from this filing, or by December 15, 2023.

Dated: October 16, 2023

Respectfully submitted,

/s/ Mehreen Rasheed
Mehreen Rasheed (D.C. Bar No. 144880)
AMERICAN OVERSIGHT
1030 15th St. NW, B255
Washington, DC 20005
(202) 848-1320
mehreen.rasheed@americanoversight.org

*Counsel for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ Christian S. Daniel
Christian S. Daniel (DC Bar No. 1600226)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Rm. 12304
Washington, D.C. 20005
Tel: (202) 514-5838
Email: christian.s.daniel@usdoj.gov

*Counsel for Defendants*