IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:23-cv-1661 |
| U.S. DEPARTMENT OF DEFENSE, et al., | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

This action concerns FOIA requests made by Plaintiff American Oversight to the U.S. Department of Defense ("DOD"), the U.S. Department of the Army ("Army"), the U.S. Department of the Navy ("Navy"), the U.S. Department of the Air Force ("Air Force"), the National Guard Bureau ("NGB"), and the U.S. Coast Guard ("Coast Guard"), a component of the Department of Homeland Security. Plaintiff seeks certain records relating to "incidents of white supremacist, white nationalist, white separatist, far-right, alt-right, or pro-Nazi activity or ideology among military personnel." ECF No. 1 ¶¶ 13, 16, 19, 29, 31, 36. Pursuant to the Court's September 1, 2023 Minute Order, the parties submit this joint status report and state as follows:

1. DOD, Army, Air Force, and Coast Guard have completed their processing and made productions to Plaintiff. Plaintiff is currently reviewing those productions.

2. Navy has completed its processing of Parts 2–3 of the request and made productions to Plaintiff. As to Part 1 of the request, referred to the Naval Criminal Investigative Service (NCIS), NCIS's search returned approximately 1,500 potentially responsive pages. While NCIS previously anticipated completion of processing by the date of this joint status report as to records not referred to other agencies for consultation, NCIS currently anticipates

completion of that processing by January 15, 2024.

3. NGB's search returned approximately 50 potentially responsive pages. While NGB previously anticipated completion of processing by the date of this joint status report as to records not referred to other agencies for consultation, NGB currently anticipates completion of that processing by January 15, 2024.

Pursuant to the Court's September 1, 2023 Minute Order, the parties will submit another joint status report by 60 days from this filing, or by February 13, 2023.

Dated: December 15, 2023

/s/ Mehreen Rasheed
Mehreen Rasheed (D.C. Bar No. 144880)
AMERICAN OVERSIGHT
1030 15th St. NW, B255
Washington, DC 20005
(202) 848-1320
mehreen.rasheed@americanoversight.org

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ Christian S. Daniel
Christian S. Daniel (DC Bar No. 1600226)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Rm. 12304
Washington, D.C. 20005
Tel: (202) 514-5838
Email: christian.s.daniel@usdoj.gov

*Counsel for Defendants*